WR-82,820-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/9/2015 2:30:56 PM
Accepted 2/9/2015 3:17:10 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
2/9/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-82,820-01** |
| | § | |
| **JON BENEDICT HALES** | § | |

**APPLICANT'S MOTION TO WITHDRAW AND DISMISS**
**APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT**
**TO ART. 11.07, TEX. CODE CRIM. PROC.**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** the Applicant, JON BENEDICT HALES, and files this Motion to Withdraw and Dismiss Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex Code Crim. Proc., and would show the following:

I.

Applicant hereby moves to withdraw and dismiss his Application for Writ of Habeas Corpus.

II.

Applicant filed a motion in the trial court prior to his writ application being forwarded to this Court asking that his Application for a Writ of Habeas Corpus be dismissed. That motion was granted on January 27, 2015. A copy of the order of the trial court is attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be granted.

Respectfully submitted,

_/s/ Robert N. Udashen_
ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 (fax)


MICHAEL LOGAN WARE
Bar Card No. 20864200

300 Burnett Street
Suite 160
Fort Worth, Texas 76102
817-338-4100
817-698-0000 fax

Attorneys for Applicant


## CERTIFICATE OF SERVICE

On this 9th day of February, 2015, a true and correct copy of Applicant's Motion to Withdraw Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex. Code Crim. Proc. was delivered to the Dallas County District Attorney's Office, Appellate Section, Frank Crowley Courts Building, 133 N. Riverfront Blvd., L.B. 19, Dallas, Texas 75207.

_/s/ Robert N. Udashen_
ROBERT N. UDASHEN, P.C.

## NO. W07-00406-I(A)

| | | |
|---|---|---|
| EX PARTE | § | IN THE CRIMINAL DISTRICT |
| | § | |
| | § | COURT NUMBER TWO |
| | § | |
| JON BENEDICT HALES | § | DALLAS COUNTY, TEXAS |

## APPLICANT'S MOTION TO WITHDRAW AND DISMISS APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO ART. 11.07, TEX. CODE CRIM. PROC.

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the Applicant, JON BENEDICT HALES, and files this Motion to Withdraw and Dismiss Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex Code Crim. Proc., and would show the following:

### I.

Applicant hereby moves to withdraw and dismiss his Application for Writ of Habeas Corpus.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be granted.

Respectfully submitted,

ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 (fax)

FILED
2015 JAN 2 AM 1..30
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

MICHAEL LOGAN WARE
Bar Card No. 20864200

300 Burnett Street
Suite 160
Fort Worth, Texas 76102
817-338-4100
817-698-0000 fax

Attorneys for Applicant

## CERTIFICATE OF SERVICE

On this _26_ day of January, 2015, a true and correct copy of Applicant's Motion to Withdraw Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex. Code Crim. Proc. was delivered to the Dallas County District Attorney's Office, Appellate Section, Frank Crowley Courts Building, 133 N. Riverfront Blvd., L.B. 19, Dallas, Texas 75207.

_____
ROBERT N. UDASHEN, P.C.

## ORDER

On this day came on to be considered the motion of Jon Benedict Hales to withdraw and dismiss his application for a writ of habeas corpus. The Court, after considering same, is of the opinion said motion should be GRANTED. IT IS THEREFORE ORDERED that the application for a writ of habeas corpus filed by Jon Benedict Hales in cause number W07-00406-I(A) is hereby DISMISSED.

SIGNED this _27_ day of _____, 2015.

_____
JUDGE PRESIDING